# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHRISTOPHER STANELY FRALICK,

    Petitioner,

v.

CHIPPEWA VALLEY BANK,
CARL EDWARDS and
LAC DU FLAMBEAU BAND OF LAKE
SUPERIOR CHIPPEWA INDIANS,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-131-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants without prejudice.

PETER OPPENEER

Peter Oppeneer, Clerk

_____
by Deputy Clerk

5/6/09
Date

Copy of this document has been provided to: _____
this ___ day of May, 20 09
by _____